AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| | |
|---|---|
| Donald B. Hodges, et al. | ) |
| *Plaintiff* | ) |
| v. | )      Case No.     5:26-cv-5070-TLB |
| Washington Regional Medical System, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Donald B. Hodges and Joyce R. Kendrick                                             .

Date:        04/24/2026

/s/ Ryan M. Tucker
*Attorney's signature*

Ryan M. Tucker, pro hac vice
*Printed name and bar number*

MILBERG, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929

*Address*

rtucker@milberg.com
*E-mail address*

(516) 814-6846
*Telephone number*

*FAX number*