IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **DONALD B. HODGES, et al.** | |
| **Plaintiffs,** | |
| **v.** | |
| **WASHINGTON REGIONAL MEDICAL SYSTEM, et al.** | **Case No.: 5:26-cv-05070-TLB** |
| **Defendants.** | |

**APPLICATION OF M. CAROLINE WOOD TO APPEAR *PRO HAC VICE***

COMES NOW the Applicant M. Caroline Wood and hereby files this Application to

Appear *Pro Hac Vice* before this Honorable Court on behalf of Defendants Washington Regional

Medical System and the Pension Committee ("Defendants"), in accordance with the Local Rule

83.5(d), and states as follows:

1.      I am a member in good standing of the District of Columbia and Illinois State

bars. My bar number for the District of Columbia is 90025778 and my bar number for Illinois is

6330652.

2.      In accordance with Local Rule 83.5(d), I respectfully request that the Court waive

the requirement for designation of local counsel for the limited purposes of representing

Defendants in this pending litigation.

1

3.      This Motion is made on the grounds that Defendants have engaged my firm to represent it in this action based on my firm's extensive experience in the defense of putative class actions, like this one, that are brought under the Employee Retirement Income Security Act of 1974.

4.      I have not been the subject of disciplinary actions in the last five years by the bar or courts of any jurisdiction in which I am licensed.

5.      I have not been denied admission to the courts of any state or to any federal court during the last five years.

6.      I affirm that I am familiar with the Local Rules of this Court and the Uniform Federal Rules of Disciplinary Enforcement, and I understand I am subject to and I will abide by those rules as long as this cause of action is pending.

7.      It is understood that my admission *pro hac vice* does not constitute a formal admission.

8.       My office address and telephone number are included below my signature herein.


**WHEREFORE**, for these reasons, M. Caroline Wood respectfully requests that this Honorable Court grant her leave to appear *pro hac vice* and allow her to appear as counsel before this Court until the conclusion of this cause of action.

Dated: June 15, 2026                          Respectfully submitted,

                                              */s/ M. Caroline Wood*
                                              M. Caroline Wood (*pro hac vice pending*)
                                              **GROOM LAW GROUP, CHARTERED**
                                              1701 Pennsylvania Ave., N.W.
                                              Suite 1200
                                              Washington, D.C. 20006
                                              Tel: (202) 861-2609
                                              Fax: (202) 659-4503

2

cwood@groom.com

*Counsel for Defendants Washington Regional*
*Medical System and the Pension Committee*


**CERTIFICATE OF SERVICE**

I, M. Caroline Wood, do hereby certify that the foregoing is being electronically filed with the Court and that all counsel of record will receive a copy of the foregoing via the Court's electronic notification system (CM/ECF), on or about this 15th day of June, 2026:

*/s/ M. Caroline Wood*
M. Caroline Wood

3