**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

|  |  |
|---|---|
| DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all similarly situated participants and beneficiaries of the plan, <br><br> **Plaintiffs,** <br><br> v. <br><br> WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE, <br><br> **Defendants.** | Case No.: 5:26-cv-05070-TLB |

### <u>DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT</u>

Defendants Washington Regional Medical System and the Pension Committee (collectively, "Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiffs' Class Action Complaint ("Complaint") (Dkt. 2) in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for the requested relief, which are set forth more fully in the accompanying Memorandum of Law, are as follows:

In order to move their underperformance claim related to the American Century target date funds ("American Century TDFs") from possible to plausible, Plaintiffs were required to provide enough facts for the Court to infer that Defendants' fiduciary process was flawed by identifying: (i) a meaningful benchmark; and (ii) sustained, material underperformance. Plaintiffs do neither. They instead allege only that the American Century TDFs—in hindsight—slightly trailed dissimilar, more aggressive target date fund series at two brief snapshots in time and then extrapolate

unexplained "losses" years later. These allegations fall well short of the Eighth Circuit's require-

ments and, accordingly, the Court should dismiss the Complaint in its entirety and with prejudice

because it fails to state any plausible claim upon which relief can be granted.

WHEREFORE, Defendants respectfully request that, upon due consideration of the motion

and controlling precedent, the Court order the dismissal of the Complaint and this action.

Dated: June 15, 2026                                Respectfully submitted,

                                                    /s/ M. Caroline Wood
                                                    William J. Delany (*pro hac vice pending*)
                                                    M. Caroline Wood (*pro hac vice pending*)
                                                    **GROOM LAW GROUP, CHARTERED**
                                                    1701 Pennsylvania Ave. NW
                                                    Suite 1200
                                                    Washington, DC 20006
                                                    Tel: (202) 861-2609
                                                    Fax: (202) 659-4503
                                                    wdelany@groom.com
                                                    cwood@groom.com

                                                    *Counsel for Defendants Washington Regional
                                                    Medical System and the Pension Committee*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

*/s/ M. Caroline Wood*
M. Caroline Wood