**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all similarly situated participants and beneficiaries of the plan,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,<br><br>Defendants. | Case No.: 5:26-cv-05070-TLB |

**DECLARATION OF WILLIAM J. DELANY IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to section 1746 of Title 28 of the United States Code, I, William J. Delany, declare under penalty of perjury that the following is true and correct to the best of my own personal knowledge, recollection and belief.

1.     I am an attorney and principal at the law firm Groom Law Group, Chartered, and counsel for Defendants Washington Regional Medical System and the Pension Committee (collectively, "Defendants") in the above-captioned matter.

2.     I am over twenty-one years of age and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

3.     I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint.

4.      Attached hereto as **Appendix A** are tables showing the difference in trailing returns between the target date funds ("TDFs") offered by American Century ("American Century TDFs") and American Funds, Vanguard, T. Rowe Price, and BlackRock (collectively, the "Comparator TDFs") as of December 31, 2018 and December 31, 2019, based on Appendix A to the Complaint (Dkt. 2-1) at pp. 3, 5, 7, 9, 11, 13-14, 16, 18, 20, 22, 24, 26-27, 29, 31, 33, 35, 37, 39-40, 42, 44, 46, 48, 50, and 52-53.

5.      Attached hereto as **Appendix B** is a table showing the equity and bond allocations (% of assets) of the American Century and Comparator TDFs as of March 31, 2020, based on publicly accessible data from Morningstar.

6.      Attached hereto as **Appendix C** are tables showing the trailing returns of the American Century and Comparator TDFs as of March 31, 2020, based on publicly accessible data from Morningstar.

7.      Attached hereto as **Appendix D** are tables showing the trailing returns of the American Century and Comparator TDFs as of December 31, 2022, based on publicly accessible data from Morningstar.

8.      Attached hereto as **Exhibit 1** are excerpts of the 2020 Washington Regional 401(k) Plan ("Plan") Form 5500.

9.      Attached hereto as **Exhibit 2** are excerpts of the 2021 Plan Form 5500.

10.     Attached hereto as **Exhibit 3** are excerpts of the 2022 Plan Form 5500.

11.     Attached hereto as **Exhibit 4** are excerpts of the 2023 Plan Form 5500.

12.     Attached hereto as **Exhibit 5** are excerpts of the 2024 Plan Form 5500.

Executed on June 15, 2026                          */s/ William J. Delany*
                                                   William J. Delany

2