# Appendix A

**American Century TDFs vs. Comparator TDFs**
Difference in Trailing Return as of December 31, 2018
As alleged in Appendix A to the Complaint (Dkt. 2-1)

| Comparator TDF | 2030 | | 2035 | | 2040 | | 2045 | | 2050 | | 2055 | | 2060 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y |
| American Funds (MF R6) | -2.10 | - | -2.35 | - | -2.17 | - | -1.97 | - | -1.83 | - | -1.66 | - | -1.67 | - |
| BlackRock LifePath Index (Trust T) | -0.77 | - | -0.95 | - | -0.95 | - | -0.79 | - | -0.62 | - | -0.44 | - | -0.45 | - |
| T. Rowe Price Ret (CIT Trust A) | -1.73 | - | -1.69 | - | -1.53 | - | -1.24 | - | -1.00 | - | -0.86 | - | -0.86 | - |
| Vanguard Tgt Ret (CIT Trust II) | -1.32 | - | -1.39 | - | -1.35 | - | -1.03 | - | -0.85 | - | -0.70 | - | -0.71 | - |

**American Century TDFs vs. Comparator TDFs**

Difference in Trailing Return as of December 31, 2019

As alleged in Appendix A to the Complaint (Dkt. 2-1)

| Comparator TDF | 2030 | | 2035 | | 2040 | | 2045 | | 2050 | | 2055 | | 2060 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y | 3Y | 5Y |
| American Funds (MF R6) | -2.23 | -1.81 | -3.04 | -2.30 | -2.84 | -2.17 | -2.35 | -1.87 | -1.97 | -1.63 | -1.78 | -1.48 | -1.56 | - |
| BlackRock LifePath Index (Trust T) | -1.01 | -0.68 | -2.04 | -1.27 | -2.26 | -1.40 | -2.13 | -1.30 | -0.85 | -0.53 | -0.66 | -0.39 | -1.45 | - |
| T. Rowe Price Ret (CIT Trust A) | -2.63 | -1.99 | -2.63 | -1.95 | -2.44 | -1.80 | -1.98 | -1.50 | -1.44 | -1.15 | -1.27 | -1.02 | -1.07 | - |
| Vanguard Tgt Ret (CIT Trust II) | -1.68 | -1.24 | -1.70 | -1.22 | -1.64 | -1.14 | -1.26 | -0.90 | -0.73 | -0.55 | -0.54 | -0.39 | -0.39 | - |