# Appendix B

## American Century TDFs vs. Comparator TDFs
## Equity and Bond Allocations (% of assets)
As of March 31, 2020

| | | Income | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 | 2065 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Century (CIT I)** | **Equity** | **43.2** | **-** | **48.0** | **52.9** | **58.8** | **64.8** | **71.2** | **77.7** | **80.6** | **83.0** | **-** |
| | **Bond** | **48.9** | **-** | **43.3** | **38.7** | **33.3** | **27.9** | **22.5** | **17.0** | **14.6** | **12.5** | **-** |
| American Funds (MF R6) | Equity | - | 43.0 | 52.8 | 62.0 | 75.3 | 80.2 | 81.7 | 83.1 | 83.1 | 83.1 | 83.1 |
| | Bond | - | 49.4 | 39.7 | 30.6 | 16.9 | 11.7 | 10.1 | 8.7 | 8.6 | 8.6 | 8.6 |
| BlackRock LifePath Index (Trust T) | Equity | 37.8 | - | - | 62.5 | 74.1 | 84.8 | 93.0 | 97.0 | 97.5 | 97.5 | 97.6 |
| | Bond | 57.1 | - | - | 33.8 | 23.0 | 12.9 | 5.3 | 1.6 | 1.2 | 1.2 | 1.1 |
| T. Rowe Price Ret (CIT Trust A) | Equity | - | 54.0 | 63.5 | 71.4 | 78.0 | 83.5 | 88.2 | 90.0 | 90.5 | 90.6 | - |
| | Bond | - | 40.9 | 32.0 | 24.0 | 18.1 | 12.9 | 8.1 | 6.0 | 6.3 | 6.1 | - |
| Vanguard Tgt Ret (CIT Trust II) | Equity | 29.9 | 49.8 | 59.5 | 66.9 | 74.3 | 81.8 | 88.7 | 88.7 | 88.6 | 88.6 | 88.7 |
| | Bond | 67.0 | 47.8 | 38.6 | 31.3 | 24.0 | 16.7 | 9.8 | 9.9 | 9.9 | 9.9 | 9.9 |

Source: Morningstar

Note: Missing data indicates that the vintage either (1) is not offered by the TDF suite (e.g. Income vintages for certain 'through' retirement TDFs), (2) has merged into the Income vintage, or (3) was launched after March 31, 2020.