# Appendix C

## American Century TDFs vs. Comparator TDFs
## Trailing Return
As of March 31, 2020

| Green shading denotes American Century has a better trailing return. (53 of 95 periods, 55.8%) |
| --- |
| Pink shading denotes Comparator has a better trailing return. (42 of 95 periods, 44.2%) |

| | In Retirement | | | | 2025 | | | | 2030 | | | | 2035 | | | | 2040 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y |
| **American Century (CIT I)** | -2.53 | 2.47 | 2.83 | - | -3.30 | 2.58 | 3.04 | - | -4.06 | 2.58 | 3.11 | - | -4.98 | 2.52 | 3.13 | - | -5.93 | 2.51 | 3.23 | - |
| American Funds (MF R6) | - | - | - | - | -1.95 | 4.00 | 4.49 | 7.64 | -3.69 | 4.11 | 4.77 | 8.05 | -6.04 | 3.96 | 4.87 | 8.13 | -7.16 | 3.77 | 4.81 | 8.14 |
| BlackRock LifePath Index (Trust T) | -0.06 | 3.33 | 3.16 | 4.95 | - | - | - | - | -5.57 | 2.65 | 3.21 | 5.96 | -7.93 | 2.21 | 3.08 | 6.09 | -10.10 | 1.75 | 2.91 | 6.18 |
| T. Rowe Price Ret (CIT Trust A) | - | - | - | - | -7.03 | 2.45 | 3.49 | - | -8.30 | 2.40 | 3.56 | - | -9.20 | 2.34 | 3.60 | - | -9.99 | 2.29 | 3.62 | - |
| Vanguard Tgt Ret (CIT Trust II) | 0.94 | 3.44 | 3.21 | 4.97 | -4.18 | 3.17 | 3.69 | 6.71 | -5.66 | 2.89 | 3.65 | 6.93 | -7.16 | 2.61 | 3.60 | 7.15 | -8.65 | 2.31 | 3.51 | 7.25 |

Source: Morningstar

Note: Missing data indicates that the share class or vintage either (1) does not have a sufficient performance history available on this date, (2) is not offered by the TDF suite (e.g. Income vintages for certain 'through' retirement TDFs), (3) has merged into the Income vintage, or (4) was launched after March 31, 2020.

## American Century TDFs vs. Comparator TDFs
## Trailing Return
As of March 31, 2020

| Green shading denotes American Century has a better trailing return. (53 of 95 periods, 55.8%) |
| --- |
| **Pink shading denotes Comparator has a better trailing return. (42 of 95 periods, 44.2%)** |

| | 2045 | | | | 2050 | | | | 2055 | | | | 2060 | | | | 2065 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y | 1Y | 3Y | 5Y | 10Y |
| **American Century (CIT I)** | -6.81 | 2.49 | 3.34 | - | -7.70 | 2.38 | 3.34 | - | -8.09 | 2.29 | 3.34 | - | -8.40 | 2.25 | - | - | - | - | - | - |
| American Funds (MF R6) | -7.36 | 3.78 | 4.89 | 8.19 | -7.58 | 3.79 | 4.91 | 8.19 | -7.54 | 3.80 | 4.91 | 8.19 | -7.48 | 3.79 | 4.89 | - | - | - | - | - |
| BlackRock LifePath Index (Trust T) | -11.62 | 1.38 | 2.75 | 6.27 | -12.33 | 1.19 | 2.65 | 6.36 | -12.38 | 1.16 | 2.63 | - | -12.39 | 1.15 | 2.63 | - | - | - | - | - |
| T. Rowe Price Ret (CIT Trust A) | -10.74 | 2.11 | 3.55 | - | -10.70 | 2.09 | 3.54 | - | -10.71 | 2.09 | 3.54 | - | -10.70 | 2.11 | 3.55 | - | - | - | - | - |
| Vanguard Tgt Ret (CIT Trust II) | -10.11 | 1.85 | 3.29 | 7.14 | -10.09 | 1.86 | 3.29 | 7.13 | -10.08 | 1.86 | 3.28 | - | -10.06 | 1.88 | 3.29 | - | -10.07 | - | - | - |

Source: Morningstar

Note: Missing data indicates that the share class or vintage either (1) does not have a sufficient performance history available on this date, (2) is not offered by the TDF suite (e.g. Income vintages for certain 'through' retirement TDFs), (3) has merged into the Income vintage, or (4) was launched after March 31, 2020.