# Exhibit 2

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2021** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2021 or fiscal plan year beginning   01/01/2021                    and ending   12/31/2021

**A** This return/report is for:
☐ a multiemployer plan
☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
☒ a single-employer plan
☐ a DFE (specify) ____

**B** This return/report is:
☐ the first return/report
☐ the final return/report
☐ an amended return/report
☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:
☒ Form 5558
☐ automatic extension
☐ the DFVC program
☐ special extension (enter description)

**E** If this is a retroactively adopted plan permitted by SECURE Act section 201, check here. . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan

WASHINGTON REGIONAL 401(K) PLAN

**1b** Three-digit plan number (PN) ▶   001

**1c** Effective date of plan
07/01/1976

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

WASHINGTON REGIONAL MEDICAL SYSTEM

3215 NORTH HILLS BLVD
FAYETTEVILLE, AR 72703-4424

**2b** Employer Identification Number (EIN)
71-0664686

**2c** Plan Sponsor's telephone number
479-463-3136

**2d** Business code (see instructions)
622000

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| **SIGN HERE** | Filed with authorized/valid electronic signature. | 10/06/2022 | ALISSA WILSON |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| **SIGN HERE** | Filed with authorized/valid electronic signature. | 10/06/2022 | ALISSA WILSON |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| **SIGN HERE** | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Form 5500 (2021)**
**v. 210624**

Form 5500 (2021)            Page **2**

| | |
|---|---|
| **3a** Plan administrator's name and address [X] Same as Plan Sponsor | **3b** Administrator's EIN |
| | **3c** Administrator's telephone number |

| | | |
|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN | |
| **a** Sponsor's name | **4d** PN | |
| **c** Plan Name | | |

| | | |
|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 3723 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year................................................. | **6a(1)** | 3242 |
| **a(2)** Total number of active participants at the end of the plan year ...................................................... | **6a(2)** | 3281 |
| **b** Retired or separated participants receiving benefits.............................................................................. | **6b** | 6 |
| **c** Other retired or separated participants entitled to future benefits ........................................................ | **6c** | 615 |
| **d** Subtotal. Add lines **6a(2)**, **6b**, and **6c**.......................................................................................... | **6d** | 3902 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. .............. | **6e** | 1 |
| **f** Total.  Add lines **6d** and **6e**........................................................................................................... | **6f** | 3903 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ................................................................................................................ | **6g** | 2561 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ................................................................................................................ | **6h** | 0 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

    2E   2F   2G   2J   2K   2T   3D   3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| **(1)** [X] Insurance | | **(1)** [X] Insurance | |
| **(2)** [ ] Code section 412(e)(3) insurance contracts | | **(2)** [ ] Code section 412(e)(3) insurance contracts | |
| **(3)** [X] Trust | | **(3)** [X] Trust | |
| **(4)** [ ] General assets of the sponsor | | **(4)** [ ] General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a Pension Schedules** | **b General Schedules** |
|---|---|
| **(1)** [X] **R** (Retirement Plan Information) | **(1)** [X] **H** (Financial Information) |
| | **(2)** [ ] **I** (Financial Information – Small Plan) |
| **(2)** [ ] **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | **(3)** [X] _1_ **A** (Insurance Information) |
| | **(4)** [X] **C** (Service Provider Information) |
| **(3)** [ ] **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | **(5)** [X] **D** (DFE/Participating Plan Information) |
| | **(6)** [ ] **G** (Financial Transaction Schedules) |

Schedule H (Form 5500) 2021 — Page **2**

| | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **1d** Employer-related investments: | | | |
| (1) Employer securities | 1d(1) | | |
| (2) Employer real property | 1d(2) | | |
| **e** Buildings and other property used in plan operation | 1e | | |
| **f** Total assets (add all amounts in lines 1a through 1e) | 1f | 182590812 | 213938751 |

### Liabilities

| | | | |
|---|---|---|---|
| **g** Benefit claims payable | 1g | | |
| **h** Operating payables | 1h | | |
| **i** Acquisition indebtedness | 1i | | |
| **j** Other liabilities | 1j | | |
| **k** Total liabilities (add all amounts in lines 1g through1j) | 1k | 0 | 0 |

### Net Assets

| | | | |
|---|---|---|---|
| **l** Net assets (subtract line 1k from line 1f) | 1l | 182590812 | 213938751 |

## Part II  Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | **(a)** Amount | **(b)** Total |
|---|---|---|---|
| **a** Contributions: | | | |
| (1) Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 7282181 | |
| (B) Participants | 2a(1)(B) | 11239064 | |
| (C) Others (including rollovers) | 2a(1)(C) | 2971448 | |
| (2) Noncash contributions | 2a(2) | | |
| (3) Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | 2a(3) | | 21492693 |
| **b** Earnings on investments: | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | | |
| (B) U.S. Government securities | 2b(1)(B) | | |
| (C) Corporate debt instruments | 2b(1)(C) | | |
| (D) Loans (other than to participants) | 2b(1)(D) | | |
| (E) Participant loans | 2b(1)(E) | 147558 | |
| (F) Other | 2b(1)(F) | 56502 | |
| (G) Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 204060 |
| (2) Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| (B) Common stock | 2b(2)(B) | | |
| (C) Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | 495216 | |
| (D) Total dividends. Add lines **2b(2)(A), (B)**, and **(C)** | 2b(2)(D) | | 495216 |
| (3) Rents | 2b(3) | | |
| (4) Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | 2b(4)(B) | | |
| (C) Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | 0 |
| (5) Unrealized appreciation (depreciation) of assets: **(A)** Real estate | 2b(5)(A) | | |
| (B) Other | 2b(5)(B) | | |
| (C) Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | 0 |

# Washington Regional 401(k) Plan and Trust
## EIN 71-0664686 PN 001
## Schedule H, Line 4i – Schedule of Assets (Held at End of Year)
## December 31, 2021

| Identity of Issuer | Description of Investment | Current Value |
|---|---|---:|
| American Funds Europacific Growth Fund | Mutual Fund, 33,655.3053 shares | $    2,178,508 |
| American Funds Income Fund of America | Mutual Fund, 47,019.8206 shares | 1,215,933 |
| Baird Core Plus Bond Fund | Mutual Fund, 301,362.647 shares | 3,516,902 |
| Blackrock iShares S&P 500 Index Fund | Mutual Fund, 21,461.7997 shares | 12,029,124 |
| iShares Russell Mid-Cap Index Fund Class K | Mutual Fund, 90,997.775 shares | 1,371,336 |
| JP Morgan Emerging Markets Fund | Mutual Fund, 12,356.0586 shares | 469,901 |
| JP Morgan Mid Cap Growth Fund | Mutual Fund, 86,899.8000 shares | 4,679,554 |
| Loomis Sayles Small Cap Growth Fund | Mutual Fund, 78,530.2834 shares | 2,552,234 |
| MFS Growth Fund | Mutual Fund, 36,931.7955 shares | 7,223,859 |
| MFS International Diversification Fund | Mutual Fund, 19,934.5489 shares | 499,759 |
| Invesco Oppenheim Global Opportunities Fund Class R6 | Mutual Fund, 8,368.7775 shares | 645,568 |
| Pimco Income Institutional Fund | Mutual Fund, 291,149.5343 shares | 3,476,325 |
| Principal Small Cap S&P 600 Index Fund | Mutual Fund, 40,161.3725 shares | 1,247,412 |
| Vanguard Mid Cap Value Index Admiral Fund | Mutual Fund, 29,544.4652 shares | 2,299,741 |
| Virtus Ceredex Large Cap Value Equity Fund | Mutual Fund, 230,338.7423 shares | 2,985,190 |
| American Century Investment Return Trust Fund | Common Collective Trust Fund, 1,472,230.4799 shares | 24,487,021 |
| American Century Retire Date 2025 Target Fund | Common Collective Trust Fund, 1,189,571.0337 shares | 20,723,041 |
| American Century Retire Date 2030 Target Fund | Common Collective Trust Fund, 1,345,157.5772 shares | 24,464,919 |
| American Century Retire Date 2035 Target Fund | Common Collective Trust Fund, 1,211,164.7348 shares | 22,975,795 |
| American Century Retire Date 2040 Target Fund | Common Collective Trust Fund, 920,588.5081 shares | 18,250,115 |
| American Century Retire Date 2045 Target Fund | Common Collective Trust Fund, 936,826.3529 shares | 19,424,158 |
| American Century Retire Date 2050 Target Fund | Common Collective Trust Fund, 669,406.8091 shares | 14,390,774 |
| American Century Retire Date 2055 Target Fund | Common Collective Trust Fund, 413,289.3378 shares | 9,037,770 |
| American Century Retire Date 2060 Target Fund | Common Collective Trust Fund, 277,174.3494 shares | 5,976,572 |
| American Century Retire Date 2065 Target Fund | Common Collective Trust Fund, 19,523.6031 shares | 229,769 |
| Small Cap Value Fund II CL I1 | Common Collective Trust Fund, 89,676.1954 shares | 1,519,115 |
| * Principal Fixed Income Guaranteed Option Investment Contract | Fixed Annuity Contract | 3,669,329 |
| Total investments | | 211,539,724 |
| * Participants | Notes receivable from participants; interest rates 5.25% to 7.50% | 2,286,940 |
| | | $   213,826,664 |

\* Denotes party-in-interest