# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

| | |
|---|---|
| **DONALD B. HODGES, et al.** | |
| **Plaintiffs**, | |
| v. | |
| **WASHINGTON REGIONAL MEDICAL SYSTEM, et al.** | **Case No. 5:26-cv-05070-TLB** |
| **Defendants.** | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Washington Regional Medical System states that it is an Arkansas nonprofit organization. Washington Regional Medical System has no corporate parent, and no publicly held corporation owns ten percent or more of it stock.

Date:  June 15, 2026

By: */s/ M. Caroline Wood*
M. Caroline Wood (*pro hac vice pending*)
William J. Delany (*pro hac vice pending*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington, D.C. 20006
Tel: (202) 857-2609
Fax: (202) 659-4503
cwood@groom.com
wdelany@groom.com

*Counsel for Washington Regional Medical System and the Pension Committee*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF system on June 15, 2026, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

/s/ M. Caroline Wood
M. Caroline Wood