**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all similarly situated participants and beneficiaries of the plan,<br><br>**Plaintiffs,**<br><br>v.<br><br>WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,<br><br>**Defendants.** | **Case No.: 5:26-cv-05070-TLB** |

<u>**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**</u>

On June 15, 2026, Defendants Washington Regional Medical System and the Pension Committee (collectively, "Defendants") filed their Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. 13) and Memorandum of Law in Support (Dkt. 13-1) (collectively, "Motion"). On June 29, 2026, Plaintiffs filed their Memorandum in Opposition to Defendants' Motion to Dismiss (Dkt. 18) ("Opposition").

Defendants believe it necessary to address the arguments raised in the Opposition. To that end, Defendants now move to file their Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint ("Reply"), attached hereto as Exhibit A. The Reply is supported by the Declaration of William J. Delany and the Appendix and Exhibits thereto, which are also included in Exhibit A hereto. Defendants respectfully submit that the arguments and authorities in the Reply will assist the Court in resolving the Motion.

Under Local Rule 7.2(d), no brief is required to be filed in support of this request for leave.

Dated: July 6, 2026

Respectfully submitted,

*/s/ M. Caroline Wood*
William J. Delany (*pro hac vice*)
M. Caroline Wood (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. NW
Suite 1200
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
cwood@groom.com

*Counsel for Defendants Washington Regional*
*Medical System and the Pension Committee*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

/s/ M. Caroline Wood
M. Caroline Wood