**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all similarly situated participants and beneficiaries of the plan,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,**<br><br>**Defendants.** | **Case No.: 5:26-cv-05070-TLB** |

## <u>DECLARATION OF WILLIAM J. DELANY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT</u>

Pursuant to section 1746 of Title 28 of the United States Code, I, William J. Delany, declare under penalty of perjury that the following is true and correct to the best of my own personal knowledge, recollection and belief.

1. I am an attorney and principal at the law firm Groom Law Group, Chartered, and counsel for Defendants Washington Regional Medical System and the Pension Committee (collectively, "Defendants") in the above-captioned matter.

2. I am over twenty-one years of age and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

3. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint.

4.      Attached hereto as **Appendix E** is a chart comparing target date funds ("TDFs") offered by BlackRock with TDFs offered by American Funds, Vanguard, and T. Rowe Price for the two-year period of 2018 to 2019 using the same metrics as the Complaint (Dkt. 2) ¶ 67 (Figure 3), based on the data found in Appendix A to the Complaint (Dkt. 2-1) at pp. 2, 4, 6, 8, 10, 12, 14-15, 17, 19, 21, 23, 25, 27-28, 30, 32, 34, 36, 38, 40-41, 43, 45, 47, 49, 51, 53.

5.      Attached hereto as **Exhibit 7** are excerpts of American Century's website, the first source cited in footnote 11 of the Complaint.

6.      Attached hereto as **Exhibit 8** are excerpts of U.S. Department of Labor, *A Look at 401(k) Fee Plans* (Sept. 2019), cited on page 27 of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss (Dkt. 18).


Executed on July 6, 2026                                    */s/ William J. Delany*
                                                            William J. Delany

2