# Appendix E

**BlackRock LifePath Index (Trust T) vs. Remaining Comparator TDFs**

**MPT Complaint Metrics — Trailing 3-Year and 5-Year Periods**

Periods Ending December 31, 2018 and December 31, 2019, Combined

As alleged in Appendix A to the Complaint (Dkt. 2-1)

| | All Comparators, Combined | | American Funds (MF R6) | T. Rowe Price Ret (CIT Trust A) | Vanguard Tgt Ret (CIT Trust II) |
|---|---|---|---|---|---|
| **Total Worse, By Statistic** | | | | | |
| Trailing Return 3Y | 39 of 42 | (92.9%) | 14 of 14 | 14 of 14 | 11 of 14 |
| Trailing Return 5Y | 38 of 38 | (100.0%) | 12 of 12 | 13 of 13 | 13 of 13 |
| Sharpe Ratio 3Y | 41 of 42 | (97.6%) | 14 of 14 | 14 of 14 | 13 of 14 |
| Sharpe Ratio 5Y | 38 of 38 | (100.0%) | 12 of 12 | 13 of 13 | 13 of 13 |
| Information Ratio 3Y | 39 of 42 | (92.9%) | 14 of 14 | 14 of 14 | 11 of 14 |
| Information Ratio 5Y | 38 of 38 | (100.0%) | 12 of 12 | 13 of 13 | 13 of 13 |
| Alpha 3Y | 41 of 42 | (97.6%) | 14 of 14 | 14 of 14 | 13 of 14 |
| Alpha 5Y | 38 of 38 | (100.0%) | 12 of 12 | 13 of 13 | 13 of 13 |
| Sortino Ratio 3Y | 40 of 42 | (95.2%) | 14 of 14 | 14 of 14 | 12 of 14 |
| Sortino Ratio 5Y | 38 of 38 | (100.0%) | 12 of 12 | 13 of 13 | 13 of 13 |
| Batting Average 3Y | 19 of 42 | (45.2%) | 7 of 14 | 7 of 14 | 5 of 14 |
| Batting Average 5Y | 34 of 38 | (89.5%) | 12 of 12 | 13 of 13 | 9 of 13 |
| Turnover Ratio 1Y | 27 of 34 | (79.4%) | 8 of 8 | 10 of 14 | 9 of 12 |
| **Total Worse, All Statistics** | **470 of 514** | | **157 of 164** | **165 of 176** | **148 of 174** |
| **% Worse** | **91.4%** | | **95.7%** | **93.8%** | **85.1%** |