# Exhibit 7

The Wayback Machine - https://www.americancentury.com/advisors/client-conversations/target-date-solutions/one-choice-tar...

American Century Investments®

**Invest**     **Plan**     **About Us**     **For Advisors**          Log In

# One Choice® Target Date Portfolios

## An Intentionally Moderate Approach

Menu  ⌄

Target-date portfolios were never meant to be a high-stakes gamble for investors.

The original intent of target-date portfolios was to offer retirement savers an investment option that focused on growing wealth over time while becoming more conservative as retirement neared. But, over the most recent decade, an increasing number of target-date providers have moved to a more aggressive equity positioning, justified by trends extrapolated from an unprecedented bull market.[1]

We believe this doubling down on growth in the primary retirement solution for most defined contribution plans disregards the inherent risk that market conditions will, can and do turn negative—which may result in losses for participants that they may have a hard time recovering from.

**We have stayed true to target date's original purpose with our design—an intentionally moderate approach.**

Why? It's math. When you aim for the highest growth, you also introduce a higher risk of loss. The more a portfolio loses, the more it must gain to get back to even.

 The target date in a fund's name is the approximate year when investors plan to retire or start withdrawing their money. The principal value of the investment is not guaranteed at any time, including at the target date. Each target-date fund seeks the highest total return consistent with its proprietary asset mix. Over time, the asset mix and weightings are adjusted to be more conservative. In general, as the target year approaches, the portfolio's allocation becomes more conservative by decreasing the allocation to stocks and increasing the allocation to bonds.

[1] Source: S&P Dow Jones Indices LLC, Morningstar. Data as of May 31, 2015 and as of Dec. 29, 2023.

Our more moderate, risk-balanced approach may generate a smoother path of investment returns which we expect could lead to better outcomes over time for investors.



**Pursues a smoother investor journey**



**Focuses on providing better**

**Aligns with a more risk-balanced**

**through a flatter glide path.**

---

**Learn More    >**

**outcomes for tomorrow by managing across the entire market cycle.**

---

**Learn More    >**

**approach.**

---

**Learn More    >**

# Pursues a Smoother Path of Performance

## Our Balance of Risks Framework



Tail risk is the risk of a tail event. Please see our glossary for definitions of tail event, sequence-of-returns risk, and longevity risk. For more information on longevity risk, view our article.

Constructing a glide path is not as simple as aiming for the highest growth. That's because doing so potentially ignores the other risks in long-term investing. And it creates a wider range of potential outcomes that could result in a larger probability of failure in retirement.

In contrast, American Century Investments' glide path design seeks to balance the multiple risks participants face when investing for

retirement. These risks must be managed as they change in relative importance during the target-date life cycle and through various market environments.

The result is a more moderate, flatter glide path, which aims to keep more participants on course throughout their journey to and through retirement.

## Our Flatter Glide Path Balances Multiple Risks



Source: American Century Investments®.
The industry median glide path represents the 50th percentile equity allocation among funds in the Morningstar Target-Date universe. The industry max and min represent the equity allocation among funds in the Morningstar Target-Date universe.

**Moderate equity allocations in the accumulation years.**

Historically, index returns of an 85% stock/15% bond portfolio earned 95% of the gains of an all-stock portfolio with only 86% of the risk.[2]

**Flatter glide path during the "transition risk zone."**

The 15-year period before retirement is arguably the most critical time for retirement investing. That's because account balances are highest

**Optimal equity allocation at retirement.**

We believe a 45% equity allocation at retirement balances growth risk versus market risk.

near retirement, so a downturn here is particularly painful.

² Source: FactSet. Based on annualized returns and standard deviation of a portfolio consisting of 85% Russell 1000 Index/15% Bloomberg U.S. Aggregate Bond Index. The all-stock portfolio is represented by the Russell 1000 Index. Annualized data from 12/31/1983 to 3/31/2024

## The Importance of the Transition Risk Zone

Glide path design involves more than just the level of equity allocation—the rate at which equity decreases is important too. We know that a shock—an unexpected job loss or significant market event—could jeopardize savings plans just when participants have the most to lose and the least amount of time to recover.

In contrast to our flatter, moderate approach, steep glide path descents in the transition risk zone have a higher probability of locking in losses for participants near retirement.

### Participants Ages 50+ Typically Have the Most to Lose



## 68%

of final retirement balances are typically accumulated between the ages of 50–65.³

## Every 8 years,

the stock market has declined 20% or more.⁴

## 50% or more

Of people retire earlier than expected.⁵

³ Source: American Century Investments.
⁴ Source: FactSet, S&P 500 Index Returns. Average returns 1/1/1929 - 12/31/2023.
⁵ Source: 2023 Transamerica Center for Retirement Studies "Life in Retirement: Pre-Retiree Expectations and Retiree Realities."

Growth of a hypothetical participant's retirement savings from age 25 to 65. Assumptions: starting salary $45,000, growing at 2% per annum. Contribution rate fixed at 10% of salary each year. Annual portfolio return of 6.5% per year.

## The Unforgiving Math of Recovery

Participants close to or in retirement may not have enough time to recover from a market shock. This hypothetical example illustrates how larger losses can pose a significant drag on longer-term performance. That's because portfolios must generate exponentially higher returns just to recover from the losses.

| If you're down this much | You'll need to gain this to break even | Number of years needed to break even at the following rates of return | | | | |
|---|---|---|---|---|---|---|
| | | 2% | 4% | 6% | 8% | 10% |
| -10% | 11.1% | 5.3 | 2.7 | 1.8 | 1.4 | 1.1 |
| -20% | 25% | 11.3 | 5.7 | 3.8 | 2.9 | 2.3 |
| -30% | 42.9% | 18.0 | 9.1 | 6.1 | 4.6 | 3.7 |
| -40% | 66.7% | 25.8 | 13.0 | 8.8 | 6.6 | 5.4 |
| -50% | 100% | 35.0 | 17.7 | 11.9 | 9.0 | 7.3 |

Hypothetical illustration. Results not intended to represent any actual investment strategy.

# Focuses on Providing Better Outcomes for Tomorrow

When the goal is to provide more retirees with retirement savings to last a lifetime, short-term performance is not an accurate indicator of a portfolio's long-term outcome. Rather, it's also about keeping participants on course through the market's ups and downs.

We believe that risk management not only helps participants stay confidently invested in their portfolio, but also is a key factor in overall asset accumulation.

## One Choice Stands Out™ Over a Full Market Cycle

One Choice Target Date Portfolios' more moderate approach historically has performed as designed over a full market cycle, which is defined as a timespan including both a bull and a bear market.

Again, it's math—by losing less in down markets, such as the Financial Crisis, and pursuing responsible growth in up markets, the portfolio has provided better overall asset accumulation than the more aggressive strategy shown below.



**Total Gain in Wealth (11/1/2007 - 6/30/2024)**

■ American Century One Choice® In Retirement I
■ Aggressive Competitor

|  | American Century One Choice® In Retirement | Aggressive Competitor |
|---|---|---|
| Beginning Wealth 11/1/2007 | $100,000 | $100,000 |
| Global Financial Crisis Loss 11/1/2007 - 2/28/2009 | ($28,813) | ($39,269) |
| Bull Market Gains Since 3/1/2009 | $149,555 | $157,534 |
| **Total Wealth 11/1/2007 - 6/30/2024** | **$220,742** | **$218,265** |

One Choice is represented by the American Century One Choice In Retirement I Fund. One Choice 2015 merged with One Choice In Retirement effective 3/27/2015. The Aggressive Target Date Fund (TDF) is represented by American Funds 2015 Trgt Date Retire R5. Data presented reflects past performance. Past performance is no guarantee of future results.

The analysis assumes a $100,000 starting balance and tracks the performance of the two products from the beginning of the Financial Crisis to the most recent quarter-end. The hypothetical situations shown contain assumptions that are intended for illustrative purposes only and are not representative of the performance of any security. There is no assurance similar results can be achieved, and this information should not be relied upon as a specific recommendation to buy or sell securities. See additional disclosures at the end of this document.

As you can see in this example, our risk-aware approach resulted in better participant outcomes than an aggressive target date over a full market cycle.

**2% more gains in wealth with 8% less volatility over a full market cycle.**
11/1/2007 - 6/30/2024

## 8.66% Standard Deviation vs. 9.41% for an Aggressive Target Date Fund

11/1/2007 - 6/30/2024
Standard deviation is a measure of risk or volatility. Because the One Choice Target Date Portfolio has a lower standard deviation, it experienced less volatility during this period than the agressive competitor.

## .44 Risk-Adjusted Return (Sharpe Ratio) vs. .39 for an Aggressive Target Date Fund

11/1/2007 – 6/30/2024
Risk-adjusted returns, such as Sharpe ratio, account for the amount of risk taken to achieve the returns. Because the One Choice Target Date Portfolio has a higher Sharpe ratio, it means that for every unit of risk taken, it gained a higher return when compared to the aggressive competitor.

## 51.39% Downside Capture vs. 55.27% for an Aggressive Target Date Fund

11/1/2007 - 6/30/2024
Downside capture is a measurement of an investment's relative performance versus its benchmark in down markets. Down markets are defined as periods where the S&P 500 returns are negative. Because

the One Choice Target Date Portfolio has a lower downside capture ratio, it means that it experienced less loss versus the benchmark than the aggressive competitor over the same period.

Source: American Century Investments, FactSet and Morningstar. Data as of 6/30/2024. One Choice is Represented by One Choice In Retirement Portfolio, Class I. One Choice 2015 merged with One Choice In Retirement effective 3/27/2015. Data presented reflects past performance. Past performance is no guarantee of future results. The Aggressive Target Date Fund (TDF) is represented by American Funds 2015 Trgt Date Retire R5.

## Aligned with Plans Seeking a Risk-Balanced Approach

Selecting the right target date strategy is a critical decision for plan sponsors and their consultants. Plan populations differ in many ways, including savings levels, demographics and risk appetites.

Given the ups and downs of financial markets and a natural aversion to losses, it's not surprising that two-thirds of plan sponsors and participants prefer an approach that prioritizes protection from loss over growth potential.

## Determining Fit—Prudence Looks for Process

The DOL has given fiduciaries guidance on the selection and monitoring of a target-date strategy to meet safe harbor status and reduce the potential for litigation. The department's Tips for ERISA Plan Fiduciaries ↗ clearly states the importance of documentation that the QDIA selection aligns with a plan's objectives and demographics.

Regardless of the product that you choose, case law shows the courts look for documentation that a prudent process was followed and decisions were made with the best interest of plan participants in mind.

## 2 out of 3

plan sponsors and participants prefer a target date approach that **prioritizes protection from losses** over growth potential.

American Century Greenwald Retirement Survey 2022.

## Staying True to Fit is the Right Strategy for Clients

Target-date selection should be focused on the "right fit" for the most participants, which means evaluating all types of target-date approaches. One Choice Target Date Portfolios' approach may meet the needs of those seeking a more moderate solution.

## Hear Straight Talk from the Investment Team

## Weekly Updates from Rich Weiss, CIO

Every Monday, American Century Investments hosts a call with CIO Rich Weiss, where he addresses the latest news—offering his insights and color commentary on the economy, markets and portfolio positioning.

**Click here to hear how American Century Investments' Multi-Asset portfolios are managing risk in today's markets.**



# Need Help Finding the Right Target-Date Strategy?

Find out if a moderate or more aggressive target-date strategy is better suited for your plan.

 **Target-Date Blueprint Tool**

Target-Date Blueprint is an online tool designed to help you apply a prudent process to identify the right QDIA solution for each plan. Narrow the target-date universe to focus on only those with appropriate investment profiles aligned.

- Learn more about Target-Date Blueprint
- View sample report 📄

 **Other Resources**

- Department of Labor Tips ↗
- View Our Fiduciary Responsibility Resources
- View our additional QDIA options
- One Choice® Target Date Portfolios Brochure (For Financial Professionals Only) 📄