# Exhibit 8

# A LOOK AT
# 401(K) PLAN FEES



This publication has been developed by the U.S. Department of Labor, Employee Benefits Security Administration (EBSA).

To view this and other EBSA publications, visit the agency's **Website.**

To order publications or speak with a benefits advisor, contact EBSA **electronically.**

Or call toll free: **1-866-444-3272**

This material will be made available in alternate format to persons with disabilities upon request:
Voice phone: **(202) 693-8664**
TTY: **(202) 501-3911**

This booklet constitutes a small entity compliance guide for purposes of the Small Business Regulatory Enforcement Fairness Act of 1996.

# Introduction



**More and more employees are investing in their futures through 401(k) plans. Employees who participate in 401(k) plans assume responsibility for their retirement income by contributing part of their salary and, in many instances, by directing their own investments.**

If you direct your investments, you will need to consider the investment objectives, the risk and return characteristics, and the performance over time of each investment option your plan offers in order to make sound investment decisions. Fees and expenses are one of the factors that will affect your investment returns and impact your retirement income.

This booklet answers some common questions about the fees and expenses that your 401(k) plan may pay. It highlights the most common fees and encourages you, as a 401(k) plan participant, to:

- Make informed investment decisions;

- Consider fees as one of several factors in your decision making;

- Compare all services received with the total cost; and

- Realize that cheaper is not necessarily better.

Keep in mind, however, that this booklet is a simplified explanation of some common 401(k) fees. It is not a legal interpretation of the nation's major retirement benefits protection law, the Employee Retirement Income Security Act (ERISA), or other laws, nor is this information intended to be investment advice.

## Why consider fees?

In a 401(k) plan, your account balance will determine the amount of retirement income you will receive from the plan. While contributions to your account and the earnings on your investments will increase your retirement income, fees and expenses paid by your plan may substantially reduce the growth in your account which will reduce your retirement income. The following example demonstrates how fees and expenses can impact your account.

Assume that you are an employee with 35 years until retirement and a current 401(k) account balance of $25,000. If returns on investments in your account over the next 35 years average 7 percent and fees and expenses reduce your average returns by 0.5 percent, your account balance will grow to $227,000 at retirement, even if there are no further contributions to your account. If fees and expenses are 1.5 percent, however, your account balance will grow to only $163,000. The 1 percent difference in fees and expenses would reduce your account balance at retirement by 28 percent.

In recent years, there has been a dramatic increase in the number of investment options typically offered under 401(k) plans as well as the level and types of services provided to participants. These changes give employees who direct their 401(k) investments greater opportunity than ever before to affect their retirement savings. As a participant, you may welcome the variety of investment options and the additional services, but you may not be aware of their cost. As shown above, the cumulative effect of the fees and expenses on your retirement savings can be substantial.

You should know that your employer also must consider the fees and expenses paid by your plan. ERISA requires employers to follow certain rules in managing 401(k) plans. Employers are held to a high standard of care and diligence and must discharge their duties solely in the interest of the plan participants and their beneficiaries. Among other things, this means that employers must:

- Establish a prudent process for selecting investment options and service providers;

- Ensure that fees paid to service providers and other plan expenses are reasonable in light of the level and quality of services provided;

- Select prudent and adequately diversified investment options;

- Disclose plan, investment, and fee information to participants to make informed decisions about their investment options under the plan; and

- Monitor investment options and service providers once selected to make sure they continue to be appropriate choices.

## What are 401(k) plan fees and who pays for them?

If you want to know how fees affect your retirement savings, you need to know about the different types of fees and expenses and the different ways in which they are charged.



**EMPLOYEE BENEFITS SECURITY ADMINISTRATION**
UNITED STATES DEPARTMENT OF LABOR

September 2019