**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

DONALD B. HODGES, JOYCE R.
KENDRICK, Individually and on behalf of
the Washington Regional 401(k) Plan, and
on behalf of all similarly situated
participants and beneficiaries of the plan,

          **Plaintiffs,**

**v.**

WASHINGTON REGIONAL MEDICAL
SYSTEM and the PENSION
COMMITTEE,

          **Defendants.**

Case No.: 5:26-cv-05070-TLB

## MOTION TO VACATE DEADLINE FOR INITIAL DISCLOSURES
## AND TO STAY DISCOVERY

Defendants Washington Regional Medical System ("Washington Regional") and the
Pension Committee ("Committee") (collectively, "Defendants"), by and through their undersigned
counsel, respectfully move to vacate the deadline for initial disclosures and stay discovery pending
resolution of Defendants' Motion to Dismiss (Dkt. Nos. 13, 13-1). The grounds for the requested
relief, which are set forth more fully in the accompanying Memorandum of Law, are as follows:

    1.      On April 6, 2026, Plaintiffs filed their Complaint.

    2.      On June 15, 2026, Defendants filed a comprehensive Motion to Dismiss. On June
29, 2026, Plaintiffs filed their opposition to the Motion to Dismiss, and on July 7, 2026, Defendants
filed their reply. The Motion to Dismiss is now fully briefed.

    3.      On June 22, 2026, the Court entered an Initial Scheduling Order, setting certain
discovery deadlines, including a deadline of August 4, 2026, for initial disclosures, and scheduling

1

a Case Management Hearing for August 10, 2026.  Dkt. 17 ¶¶ 1, 4.

4.      Pursuant to Federal Rule of Civil Procedure 26(c) and the Court's inherent authority to tailor discovery, Defendants respectfully request that the Court vacate the deadline for initial disclosures and stay all discovery pending the resolution of Defendants' Motion to Dismiss.

5.      A brief stay of discovery is warranted due to Defendants' pending Motion to Dismiss, which is grounded in binding Eighth Circuit case law and could result in dismissal of all claims.  As is further set forth in the accompanying Memorandum of Law, Defendants' Motion to Dismiss is likely to succeed on the merits; Defendants will suffer hardship and inequity if required to proceed with discovery while their Motion to Dismiss is pending; Plaintiffs will suffer no prejudice from a brief stay; and a stay would preserve judicial resources.

WHEREFORE, Defendants respectfully request that, upon due consideration of this Motion and the accompanying Memorandum of Law, the Court vacate the deadline for initial disclosures and stay discovery pending resolution of Defendants' Motion to Dismiss.

Dated: July 15, 2026                          Respectfully submitted,

*/s/ William J. Delany*
William J. Delany (*pro hac vice*)
M. Caroline Wood (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. NW
Suite 1200
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
cwood@groom.com

*Counsel for Defendants Washington Regional Medical System and the Pension Committee*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

/s/ William J. Delany
William J. Delany