**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan,**<br><br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,**<br>**Defendants.** | **Case No. 5:26-cv-5070-TLB** |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5(d), Plaintiffs Donald B. Hodges and Joyce R. Kendrick ("Plaintiffs") move this Court for the admission of John D. Hughes of Milberg, PLLC to appear as an additional attorney of record for and on behalf of Plaintiffs *pro hac vice.* In support of said motion, Plaintiffs state:

1.      The undersigned is a member in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. He maintains an office located in Arkansas for the practice of law at 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211. The court and opposing counsel may readily communicate with the undersigned regarding the conduct of the case.

2.      John D. Hughes' office address and contact information are:

> **MILBERG, PLLC**
> 800 S. Gay Street, Suite 1100
> Knoxville, TN 37929
> Telephone: (516) 814-6846
> rtucker@milberg.com

1

3.      Mr. Hughes is a member in good standing of the State Bar of Michigan (Bar No. P76455) and the United States District Court for the Eastern District of Michigan.

4.      Mr. Hughes has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.      Mr. Hughes does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas.

6.      Mr. Hughes agrees to follow the Local Rules of the Court and to submit to the jurisdiction of the Court in matters of discipline.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order allowing John D. Hughes to appear before the Court *pro hac vice* as an additional attorney of record on behalf of Plaintiffs in the above-captioned case.

DATED: July 28, 2026                      Respectfully submitted,

*/s/ Josh sanford*
Josh Sanford
Arkansas Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawifmr.com

John D. Hughes*
**MILBERG, PLLC**
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
jhughes@milberg.com

*Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiff and the Prospective Class*

2

<u>**CERTIFICATE OF SERVICE**</u>

I, Josh Sanford, do hereby certify that the foregoing is being electronically filed with the Court and that all counsel of record will receive a copy of the foregoing via the Court's electronic notification system (ECF), on or about this 28th day of July, 2026:

*/s/ Josh Sanford*
Josh Sanford

3