AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| Donald B. Hodges, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    5:26-cv-5070-TLB |
| Washington Regional Medical System, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:       The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Donald B. Hodges and Joyce R. Kendrick                                                                                    .


Date:       07/30/2026

/s/John D. Hughes
*Attorney's signature*


John D. Hughes
*Printed name and bar number*

MILBERG, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929

*Address*

jhughes@milberg.com
*E-mail address*

(516) 814-6846
*Telephone number*


*FAX number*