**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

|  |  |
|---|---|
| DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all similarly situated participants and beneficiaries of the plan,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,<br><br>Defendants. | Case No.: 5:26-cv-05070-TLB |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Washington Regional Medical System ("Washington Regional") and the Pension Committee ("Committee") (collectively, "Defendants"), respectfully submit this Notice of Supplemental Authority in support of their Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. No. 13-1, "Mot.").

*Scholin v. Digi-Key Corp.*, No. 0:26-cv-01485 (JMB/LIB), Dkt. No. 33 (D. Minn. Aug. 3, 2026), attached as Exhibit A, recently dismissed a complaint that, like the Complaint here, challenged a 401(k) plan's inclusion of the American Century target date funds ("AC TDFs"). The *Scholin* court held that the complaint failed to state a claim because, as here, plaintiff did not plausibly allege that the AC TDFs had underperformed any "meaningful benchmark." Ex. A at 5–6; Mot. at 9–11. Specifically, *Scholin* rejected the sufficiency of each of plaintiff's alleged comparators (which are the same four comparators Plaintiffs offer here), explaining that the complaint did not "include allegations concerning the comparator TDFs' objectives, strategies, or

1

risk profiles," "discuss in any detail the specific glide paths of the identified comparators or their specific investments," or "address how the structures of the identified comparator TDFs are 'sufficiently similar' to the AC TDFs." *Id.*; *see* Mot. at 6, 9–11 (identifying same defects). As a result, *Scholin* concluded that plaintiff failed to state any plausible claim. *See* Ex. A at 6–7. The Court should reach the same conclusion here and dismiss this action in its entirety, with prejudice.

Dated: August 7, 2026

Respectfully submitted,

*/s/ William J. Delany*
William J. Delany (*pro hac vice*)
M. Caroline Wood (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. NW
Suite 1200
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
cwood@groom.com

*Counsel for Defendants Washington Regional Medical System and the Pension Committee*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

/s/ William J. Delany
William J. Delany