**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**


**DONALD B. HODGES and JOYCE R. KENDRICK,
individually and on behalf of the Washington
Regional 401(k) Plan, and on behalf of all the
similarly situated participants and beneficiaries
of the Plan**                                                    **PLAINTIFFS**


**V.**                              **CASE NO. 5:26-CV-05070**


**WASHINGTON REGIONAL MEDICAL SYSTEM
and the PENSION COMMITTEE**                                      **DEFENDANTS**


<u>**JUDGMENT**</u>

**IT IS ORDERED AND ADJUDGED** that for the reasons stated in the Opinion and

Order filed this day, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal

Rule of Civil Procedure 12(b)(6) for failure to state a claim.

**IT IS SO ORDERED AND ADJUDGED** on this 10th day of August, 2026.


*/s/ Timothy L. Brooks*_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE